# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156541

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 156541
                                      COA: 337410

VICTORIA NICOLE ROE,
                Defendant-Appellant.
                                      Ingham CC: 15-000941-FC

_____/

      By order of May 1, 2018, the application for leave to appeal the July 31, 2017 order of the Court of Appeals was held in abeyance pending the decision in *People v Cameron* (Docket No. 155849). On order of the Court, leave to appeal having been denied in *Cameron* on July 10, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2019

                                     Clerk

s0923